JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RICK GRAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAUL LOPEZ, WARDEN,<br><br>　　　　Respondent. | Case No.  CV 10-3896-ODW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: October 18, 2010

_____
Otis D. Wright, II
United States District Judge

