# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GRAY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RAUL LOPEZ, Warden,<br><br>　　　　　　Respondent. | Case No. CV 10-3896-ODW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Final Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

　　　　Petitioner's Objections generally lack merit for the reasons set forth in the Final Report and Recommendation.

　　　　Accordingly, IT IS ORDERED THAT:

　　　　1.　　The Final Report and Recommendation is approved and accepted;

　　　　2.　　Judgment by entered denying the Petition and dismissing this action with prejudice; and

3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Final Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.[1] Thus, the Court declines to issue a certificate of appealability.

DATED: June 2, 2015

_____
HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C. § 2253; Fed. R. App. P. 22(b); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003).