# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GRAY,<br><br>    Petitioner,<br><br>  v.<br><br>RAUL LOPEZ, Warden,<br><br>    Respondent. | Case No. CV 10-3896-ODW (LAL)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  June 2, 2015

               HONORABLE Otis D. Wright
               UNITED STATES DISTRICT JUDGE